```
              IN THE UNITIED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION

TONY LYNN SMITH,                 )
                                 )
     Plaintiff,                  )
                                 )
v.                               ) CIVIL ACTION NO. 3:14-CV-95(CDL)
                                 )
FRANKLIN COUNTY, et al.,         )
                                 )
     Defendants.                 )
_____  )
```

**STIPULATION**

NOW COME Plaintiff and Defendants Franklin County, Georgia, and Thomas, by and through counsel, and hereby stipulate and agree, pursuant to Local Rule 6.1, that the time within which those defendants may answer or otherwise respond to the complaint is hereby extended through and including February 16, 2015.

                                        Respectfully submitted,

MORRISON LAW FIRM, LLC                  BEGNAUD & MARSHALL, LLP

/s/Stephen D. Morrison                  /s/Andrew H. Marshall
Stephen D. Morrison, Jr.                Andrew H. Marshall
Georgia Bar No. 525180                  Georgia Bar No. 471450
Attorney for Plaintiff                  Attorney for Defendants
Post Office Box 862183                  Franklin County and Thomas
Marietta, Georgia 30062                 1091-B Founder's Boulevard
770-235-5846                            Post Office Box 8085
770-640-1216 fax                        Athens, Georgia 30603-8085
steve@morrisonlawfirmllc.com            706-316-1150
                                        706-316-1153 fax
                                        dmarshall@athens1867.com