```
            IN THE UNITIED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

TONY LYNN SMITH,                )
                                )
    Plaintiff,              )
                                )
v.                              ) CIVIL ACTION NO. 3:14-CV-95(CDL)
                                )
FRANKLIN COUNTY, et al.,        )
                                )
    Defendants.             )
_____ )

### SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Defendants Franklin County and Thomas, by and through counsel, and hereby file this Suggestion of Death of Plaintiff in the record of this case showing that on information and belief Plaintiff Tony Lynn Smith died on or about December 25, 2014.

                                       Respectfully submitted,

                                       BEGNAUD & MARSHALL, LLP

                                       /s/Andrew H. Marshall
                                       Andrew H. Marshall
                                       Georgia Bar No.: 471450
                                       Attorney for Defendants
                                       Franklin County and Thomas

1091-B Founders Boulevard
Post Office Box 8085
Athens, Georgia 30602
(706) 316-1150
(706) 316-1153 fax
dmarshall@athens1867.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2015, I electronically filed **Suggestion of Death of Plaintiff** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

>Stephen D. Morrison Jr., Esq.
>Morrison Law Firm, LLC
>Post Office Box 862183
>Marietta, Georgia 30062

This 6th day of January, 2015.

>/s/Andrew H. Marshall
>Andrew H. Marshall